Case Number 04-19438 - WATSON, CHAD RICHARD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **COLUMBIA GAS OF OHIO INC**<br>**200 CIVIC CENTER DR 8TH FL**<br>**COLUMBUS OH 43215**<br>Unsecured Distribution<br>14571016001 | 000011 | 275.82 | 4.71 |
| ---------- Remittance Total --------------- | | 275.82 | 4.71 |

_Waldemar J. Wojcik, Trustee_

AMT of CHK $4.71
CHK #1012

**FILED 2010 SEP 24 PM 1:30**
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND