IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

151696
CHK 1018

In re:  CHAPTER 7 CASE NO. 04-19438

CHAD RICHARD WATSON  JUDGE ARTHUR I. HARRIS
GEORGIANN WATSON

Debtor(s)

FILED 2011 JAN 13 PM 1:49 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

CitiFinancial (Claim #12)

Investment Recovery

PO Box 913

Owingsmills MD 21117

Replaces Ck. #1013 dated 9/24/10

Amount: $88.34

2. Your Trustee's Check No. 1018 for $88.34 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

/s/ Waldemar J. Wojcik
WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)